DANIEL W. SHOYER and WILLIAM L. SHOYER, Respondents, v. PHŒNIX KNITTING WORKS, Appellant.

Appeal from an order of the Supreme Court, entered on the 30th day of September, 1912, denying a motion for certain particulars of plaintiffs' complaint and reply.

PER CURIAM: The order appealed from will be modified by granting the defendant's motion for particulars as specified in paragraphs 9 to 17 inclusive of the demand, in addition to those already granted, and as so modified is affirmed, without costs to either party in this court. Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice. ———

HELEN R. ZEGGIO and MARY R. ALBEE, Respondents, v. DURYEA REMSEN ROBINSON and EDWARD E. PERKINS, Individually and as Executors and Trustees under the Last Will and Testament of PHEBE H. ROBINSON, Deceased, Appellants, Impleaded with Others.

*Deposition — examination of non-resident witness — stay.*

Appeal from an order of the Supreme Court, made at Special Term and entered on the 4th day of September, 1912, denying appellants' motion to open default.

PER CURIAM: Except in a case specified in subdivision 3 of section 888 of the Code of Civil Procedure, an application for a commission to take

the deposition of a witness without the State "must be granted, upon satisfactory proof of the facts authorizing it, unless the court or judge has reason to believe that the application is not made in good faith." (Code Civ. Proc. § 889; *Oakes* v. *Riter*, 118 App. Div. 772.) Laches furnishes sufficient reason to deny a stay of the trial of the action pending a return of the commission but is not of itself sufficient to justify a denial of the motion for a commission. The order of September 4, 1912, is reversed, with ten dollars costs and disbursements, and the motion granted. Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ. Order of September 4, 1912, reversed, with ten dollars costs and disbursements, and motion granted. Appeal from order of August 16, 1912, dismissed. Motion for stay granted, without costs. Order to be settled on notice.